# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                            **CASE NO: 6:11-cr-271-Orl-22GJK**

**BRANDON DENARD SMITH**

## REPORT AND RECOMMENDATION

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**     **MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS FOR COST OF TRANSCRIPTION AND APPOINTMENT OF COUNSEL IN THIS APPEAL (Doc. No. 48)**
>
> **FILED:**        **August 25, 2014**
>
> **THEREON** it is **RECOMMENDED** that the motion be **DENIED**.

On May 7, 2012, judgment was entered against Defendant in this criminal case, and he was sentenced to a term of imprisonment for 123 months followed by three (3) years of supervised release. Doc. No. 38. Two years later, on May 7, 2014, Defendant filed a notice of appeal. Doc. No. 43. On August 25, 2014, Defendant filed the instant Motion for Leave to Proceed In Forma Pauperis and to Appoint Counsel (the "Motion"). Doc. No. 48. The Motion has been referred to the undersigned for a report and recommendation.

Rule 4(b)(1)(A), Federal Rules of Appellate Procedure, requires that a criminal defendant file a notice of appeal within fourteen (14) days after the entry of judgment. *Id*. Absent a timely filing of a notice of appeal, a Court of Appeals is without jurisdiction to review the decision on the

merits.  *See United States v. Cartwright*, 413 F.3d 1295, 1299 (11th Cir. 2005).   Here, the notice of appeal (Doc. No. 43) is nearly two years beyond the required time to file the notice of appeal. Accordingly, it appears the Eleventh Circuit is without jurisdiction to review the judgment at issue. *Cartwright*, 413 F.3d at 1299.   Based on the forgoing, it is **RECOMMENDED** that the Motion (Doc. No. 48) be **DENIED**.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

**RECOMMENDED** in Orlando, Florida on August 28, 2014.

GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

United States Marshal
United States Attorney
United States Probation Office
United States Pretrial Services Office
Defendant