# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**                                                              **CASE NO: 6:11-cr-271-Orl-22GJK**

**BRANDON DENARD SMITH**

---

### ORDER

This cause is before the Court on Defendant's Motion for Leave to Proceed In Forma Pauperis for Cost of Transcripts and Appointment of Counsel in this Appeal (Doc. No. 48) filed on August 25, 2014.

The United States Magistrate Judge has submitted a report recommending that the Motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.   The Report and Recommendation filed August 28, 2014 (Doc. No. 49), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.   The Motion for Leave to Proceed In Forma Pauperis for Cost of Transcripts and Appointment of Counsel in this Appeal (Doc. No. 48) is hereby **DENIED**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on September 17, 2014.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Magistrate Judge
United States Marshals Service
United States Probation Office
United States Pretrial Services